United States District Court
Southern District of Texas
**ENTERED**
August 13, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES KATCHADURIAN, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-19-3740 |
| | § | |
| NGP ENERGY CAPITAL MANAGEMENT, | § | |
| LLC, *et al.*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The court previously adopted the bankruptcy judge's report recommending that the court withdraw the reference of adversary proceeding No. 18-3079 once the bankruptcy court has addressed pretrial and dispositive matters. This case is stayed and administratively closed pending the resolution of pretrial motions or other bases to have the case proceed in the district court. Either party may move to reinstate the case to the court's active docket within 14 days after pretrial motions are resolved or a similar basis to reopen the case exists.

SIGNED on August 13, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge